Abdirahman Mohamed ALI, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101595

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: June 30, 2015

Matthew Huckeby, 1010 Market St., Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Rachel Flaster, P.O. Box 899, Jefferson City, 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

## ORDER

PER CURIAM

Abdirahman Mohamed Ali (Movant) appeals the motion court's judgment denying, without an evidentiary hearing, his motion

for post-conviction relief pursuant to Rule 24.035.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).